UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STACIE LONAKER, an individual; and MYRIAM LONAKER, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A., a business entity; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 5:14-cv-00152 HRL <br><br> **ORDER DENYING PLAINTIFF'S REQUEST FOR A CONTINUANCE** |

Having reviewed the parties' declarations filed in response to its January 7 interim order,[1] the court denies plaintiff's Fed. R. Civ. P. 56(d) request for a continuance. Plaintiff's counsel's declaration did not provide the requisite information, i.e., identification of specific facts and an explanation why those facts would preclude summary judgment. But, the upshot of the parties' respective submissions is this: Although defendant previously indicated that more documents would be produced, defendant now represents that all relevant, responsive information requested by plaintiff has been produced (i.e., was produced on or before December 17). Defendant further represents that, apart from government mandated rules, it has no separate internal policies re loan modification review. And, all that plaintiff now wants is supplemental discovery responses from

---

[1] The court does not condone plaintiff's tardy submission, but nevertheless has considered it.

1  defendant re the non-existence of separate internal policies---something that this court is told
2  defendant has agreed to provide, albeit it may take some time to have defendant verify the
3  supplemental discovery responses.
4        Defendant shall make every effort to provide the supplemental verified discovery
5  responses to plaintiff in time for her to submit those responses along with her summary judgment
6  opposition papers.  Should the supplemental responses and verification not be received in time,
7  plaintiff may submit those responses once they are received, even if they are received after the
8  opposition filing deadline.  Plaintiff's request for an extension of time to file her summary
9  judgment opposition is otherwise denied.
10        SO ORDERED.
11  Dated:   January 12, 2015

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

5:14-cv-00152-HRL Notice has been electronically mailed to:

David A. Owens     owensd2@bryancave.com, melissa.honkanen@bryancave.com

Eunji Cho     mellenlaw@yahoo.com

Jessica Ryan Galletta     mellenlaw@yahoo.com

Matthew David Mellen     mellenlaw@yahoo.com

Tina Laxmi Naicker     naickert@bryancave.com, andersone@bryancave.com, daniel.rockey@bryancave.com

3