UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STACIE LONAKER, an individual; and MYRIAM LONAKER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., a business entity; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No.  5:14-cv-00152 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

This court having been informed that this case has settled, all previously scheduled deadlines and appearances are vacated, and all pending motions are terminated.

**On or before July 31, 2015**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a).  If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **August 18, 2015, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a).  Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **August 11, 2015**, advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.  If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a

1  statement in response to this Order.

2  SO ORDERED.

3  Dated:   June 11, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

5:14-cv-00152-HRL Notice has been electronically mailed to:

David A. Owens     dao1282@gmail.com, melissa.honkanen@bryancave.com

Eunji Cho     mellenlaw@yahoo.com

Jessica Ryan Galletta     mellenlaw@yahoo.com

Matthew David Mellen     mellenlaw@yahoo.com

Tina Laxmi Naicker     naickert@bryancave.com, andersone@bryancave.com, daniel.rockey@bryancave.com

3