1  Matthew Mellen (Bar No. 233350)
   Jessica Galletta (Bar No. 281179)
2  Eunji Cho (Bar No. 286710)
   MELLEN LAW FIRM
3  411 Borel Avenue, Suite 230
   San Mateo, California 94402
4  Telephone:  (650) 638-0120
   Facsimile:  (650) 638-0125
5
   Attorney for Plaintiff,
6  STACIE LONAKER

7  Daniel Rockey (Bar No. 178604)
   Tina Naicker (Bar No. 252766)
8  BRYAN CAVE LLP
   560 Mission Street, Floor 21
9  San Francisco, CA 94105
   Telephone:  (415) 675-3400
10 Facsimile:   (415) 675-3434

11 Attorneys for Defendant,
   JPMORGAN CHASE BANK, N.A.
12

13              **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

15

16 | STACIE LONAKER, an individual; and MYRIAM LONAKER, an individual, | Case No.: 5:14-cv-00152-HRL |
|---|---|
| Plaintiffs, | **ORDER ON JOINT STIPULATION REGARDING DIMISSAL WITH PREJUDICE** |
| v. | |
| JPMORGAN CHASE BANK, N.A., a business entity; and DOES 1 through 50, inclusive, | [Re:  Dkt. 58] |
| Defendants. | |

Pursuant to the joint stipulation of dismissal executed by the parties and Federal Rules of Civil Procedure 41(a), it is HEREBY ORDERED, ADJUDGED AND DECREED:

1. The above entitled action is dismissed with prejudice;
2. The Court shall close its file.

**IT IS SO ORDERED.**

DATED: July 14, 2015

_____
Hon. Howard R. Lloyd
United States ~~District Court~~ Judge
Magistrate

---

2
ORDER ON JOINT STIPULATION REGARDING DISMISSAL WITH PREJUDICE